■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN APPLEBY, Appellant. [743 NYS2d 347] —Appeal from a judgment of Ontario County Court (Doran, J.), entered March 16, 2001, convicting defendant after a jury trial of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to the contention of defendant, the verdict convicting him of assault in the second degree (Penal Law § 120.05 [1]) is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495). Also contrary to the contention of defendant, County Court did not err in denying his request shortly after arraignment for substitution of assigned counsel (*see People v Benson*, 265 AD2d 814, 814-815, *lv denied* 94 NY2d 860, *cert denied* 529 US 1076; *People v Square*, 262 AD2d 154, *lv denied* 94 NY2d 829; *People v Frayer*, 215 AD2d 862, 863, *lv denied* 86 NY2d 794; *People v Benson*, 203 AD2d 966, *lv denied* 83 NY2d 964). Upon our review of the record, we conclude that defendant received meaningful representation (*see People v Baldi*, 54 NY2d 137, 147). We further conclude that the sentence is not unduly harsh or severe and

that the court properly ordered payment of restitution in the amount of $1,727.22 based upon the victim's testimony and records received at the restitution hearing (*see People v Morales*, 256 AD2d 729, *lv denied* 95 NY2d 868). Defendant's remaining contention is not preserved for our review (*see People v Krom*, 91 AD2d 39, 46-47, *affd* 61 NY2d 187), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Pine, J.P., Wisner, Kehoe, Gorski and Lawton, JJ.